UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00044 |
| | ) | JUDGE CAMPBELL |
| D. EDWIN TODD, et al. | ) | |

ORDER

Pending before the Court is a Motion to Substitute Counsel (Docket No. 89). The Motion is GRANTED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE